UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA MOLINA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　　　Defendants. | Case No.  1:20-cv-00443-DAD-BAM<br><br>**ORDER DENYING AMANDA L. WASHINGTON'S PRO HAC VICE APPLICATION WITHOUT PREJUDICE**<br><br>(Doc. No. 24) |

　　　　The Court has received and reviewed the Pro Hac Vice Application filed by Amanda L. Washington, counsel for Plaintiff Normal Molina. (Doc. No. 24.) However, Ms. Washington has submitted her application on a form for the United States District Court for the Central District of California, which contains a certification referring to the Local Rules of the Central District and does not appear to contain an e-filing registration form as required by this Court. *See* Local Rule 135(g). Likewise, in response to an instruction to list all cases in which the applicant has applied for pro hac vice status in the previous three years, Ms. Washington identifies a case pending before the Central District and does not indicate whether she has applied for pro hac vice status with this Court. *See* Local Rule 180(b)(2).

　　　　Accordingly, Ms. Washington's Pro Hac Vice Application is DENIED without prejudice. If Ms. Washington resubmits her application, she is encouraged to use this Court's Pro Hac Vice Application form, a copy of which can be found on the Court's website at http://caed.uscourts.gov. The Clerk of Court is further directed to serve a copy of this order on

1

Amanda L. Washington at McGlynn Glisson & Mouton, 340 Florida St., Baton Rouge, LA 70801.

IT IS SO ORDERED.

Dated:  **July 7, 2020**              /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE